1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JOHNNY LEE MOORE, JR.,                    CV F   07-00838 LJO DLB HC

10                  Petitioner,              ORDER REQUIRING RESPONDENT TO FILE
                                             RESPONSE

11         v.                                ORDER SETTING BRIEFING SCHEDULE:
                                             ANSWER DUE WITHIN 90 DAYS,
12  D. DEXTER,                               TRAVERSE DUE 30 DAYS THEREAFTER;
                                             MOTION TO DISMISS, IF ANY, DUE
13                  Respondent.              WITHIN 60 DAYS, OPPOSITION DUE 18
                                             DAYS THEREAFTER
14

15                                           ORDER DIRECTING CLERK OF COURT TO
                                             SERVE DOCUMENTS ON ATTORNEY
16  _____ /       GENERAL

17

18         Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

19  pursuant to 28 U.S.C. § 2254.

20         The Court has conducted a preliminary review of the Petition.  Accordingly, pursuant to

21  Rule 4 of the Rules Governing Section 2254 Cases and Rule 16 of the Federal Rules of Civil

22  Procedure,[1] the Court HEREBY ORDERS:

23         1.      Respondent SHALL SUBMIT a RESPONSIVE pleading by filing one of the

24                 following:

25                 A.      AN ANSWER addressing the merits of the Petition and due within

26

27  [1]The Federal Rules of Civil Procedure are "applicable to habeas corpus proceedings to the extent that the
practice in such proceedings are not set forth in the statutes of the United States and has heretofore conformed to the
practice of civil actions."  Fed.R.Civ.P. 81(a)(2).  Rule 11 also provides "the Federal Rules of Civil Procedure, to the
28  extent that they are not inconsistent with these rules, may be applied, when appropriate, to the petitions filed under
these rules."  Rule 11, Rules Governing Section 2254 Cases.

1    **NINETY (90)** days of the *date of service* of this order.  Rule 4, Rules

2    Governing Section 2254 Cases; Cluchette v. Rushen, 770 F.2d 1469,

3    1473-1474 (9th Cir. 1985) (court has discretion to fix time for filing an

4    Answer.).

5    –    Respondent SHALL INCLUDE with the Answer any and all

6         transcripts or other documents necessary for the resolution of the

7         issues presented in the Petition. Rule 5 of the Rules Governing

8         Section 2254 Cases.

9    –    Any argument by Respondent that Petitioner has *procedurally*

10        *defaulted* a claim(s) SHALL BE MADE in an ANSWER that also

11        addresses the merits of the claims asserted. This is to enable the

12        Court to determine whether Petitioner meets an exception to

13        procedural default. See, Paradis v. Arave, 130 F.3d 385, 396 (9th

14        Cir. 1997) (Procedurally defaulted claims may be reviewed on the

15        merits to serve the ends of justice);  Jones v. Delo, 56 F.3d 878 (8th

16        Cir. 1995) (the answer to the question that it is more likely than not

17        that no reasonable juror fairly considering all the evidence,

18        including the new evidence, would have found Petitioner guilty

19        beyond a reasonable doubt necessarily requires a review of the

20        merits).

21   –    Petitioner's TRAVERSE, if any, is due **THIRTY (30)** days from

22        the date Respondent's Answer is filed with the Court.

23   B.   A MOTION TO DISMISS due within **SIXTY(60)** days of the *date of*

24        *service* of this order based on the following grounds:[2]

25   _____

26   [2]Rule 4 of the Rules Governing Section 2254 Cases provides that upon the court's determination that
     summary dismissal is inappropriate, the "judge shall order the respondent to file an answer or *other pleading . . . or*

27   *to take such other action as the judge deems appropriate*." Rule 4, Rules Governing Section 2254 Cases (emphasis
     added); see, also, Advisory Committee Notes to Rule 4 and 5 of Rules Governing Section 2254 Cases (stating that a

28   dismissal may obviate the need for filing an answer on the substantive merits of the petition and that the Attorney
     General may file a Motion to Dismiss for failure to exhaust.); also, White v. Lewis, 874 F.2d 599, 60203 (9th

i.    EXHAUSTION - 28 U.S.C. § 2254(b)(1).  A Motion to Dismiss for Petitioner's failure to exhaust state court remedies SHALL INCLUDE copies of all the Petitioner's state court filings and dispositive rulings relevant to the examination of the statute limitations issue as required by <u>Ford v. Hubbard</u>, 330 F.3d 1086 (9th Cir. 2003) and <u>Kelly v. Small</u>, 315 F.3d 1063 (9th Cir. 2003);

ii.   STATUTE OF LIMITATIONS - 28 U.S.C. § 2244(d)(1).  A Motion to Dismiss the Petition as filed beyond the one year limitations period SHALL INCLUDE copies of all Petitioner's state court filings and dispositive rulings.

iii.  SECOND OR SUCCESSIVE Petitions - 28 U.S.C. § 2244(b).  A Motion to Dismiss the Petition on the basis of § 2244(b) SHALL include a copy of the previously filed federal Petition and disposition thereof.

2.    OPPOSITIONS to Motions to Dismiss SHALL be served and filed within EIGHTEEN (18) days, plus three days for mailing.  All other Oppositions SHALL be served and filed within EIGHT (8) days, plus three days for mailing. REPLIES to Oppositions to Motions to Dismiss SHALL be served and filed within eight (8) days, plus three days for mailing.  Replies to Oppositions to all other Motions SHALL be served and filed within eight (8) days, plus three days for mailing.  If no opposition is filed, all motions are deemed submitted at the expiration of the opposition period.

3.    Unless already submitted, both Respondent and Petitioner SHALL COMPLETE and RETURN to the Court along with the Response or Motion to Dismiss, a Consent form indicating whether the party consents or declines to consent to the jurisdiction of a the United States Magistrate Judge pursuant to Title 28 U.S.C.

---

Cir.1989) (providing that Motions to Dismiss pursuant to Rule 4 are proper in a federal habeas proceeding.)

1    § 636(c)(1).

2    4.      RESPONDENT SHALL submit a Notice of Appearance as attorney of record

3            within **SIXTY (60)** days of the date of service of this order for purposes of service

4            of court orders.  See, Local Rule 83-182(a), 5-135(c).

5    5.      The Clerk of the Court is DIRECTED to SERVE a copy of this order along with a

6            copy of the PETITION and any exhibits/attachments, on the Attorney General or

7            his representative.[3]

8    All motions shall be submitted on the record and briefs filed without oral argument unless

9    otherwise ordered by the Court.  Local Rule 78-230(h).  All provisions of Local Rule 11-110 are

10   applicable to this order.

11   IT IS SO ORDERED.

12   **Dated:    June 19, 2007**            **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[3] Respondent is advised that a scanned copy of the petition for writ of habeas corpus is available through the Court's Electronic Case Filing System ("CM/ECF").

4