IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE MOORE JR, | 1:07-cv-00838-LJO-DLB (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| D. DEXTER, et al., | (DOCUMENT #17) |
| Respondent. | THIRTY DAY DEADLINE |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 07, 2008, petitioner filed a motion to extend time to file objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to findings and recommendations.


IT IS SO ORDERED.

Dated: **July 10, 2008**            /s/ **Dennis L. Beck**
                           UNITED STATES MAGISTRATE JUDGE